**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 15-cv-00434-NT** |
| | ) | |
| **MAINE DERMATOLOGY, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

Plaintiff and Defendant having jointly moved for stipulated judgment (ECF No. 4), and that motion having been granted by United States District Judge Nancy Torresen, the Court has **ORDERED**:

The plaintiff, the United States of America, shall recover from the defendant, Maine Dermatology, LLC, the amount of Six Hundred Twenty Nine Thousand, Eight Hundred Sixteen dollars and thirty two cents ($629,816.32), plus post judgment interest at the rate authorized by law, with each party bearing its own costs.

Date:  October 28, 2015                    *CLERK OF COURT*

                                                        /s/Renee M. Bender
                                                        Deputy Clerk